UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE:                                                    CHAPTER 7

FRANK WESLEY BRAY,                        CASE NO. 13-22770-REB
LYNN GRAY BRAY,
      Debtors.

<u>AMENDMENT TO CHAPTER 7 SCHEDULES</u>

    COME NOW, the Debtors, by and through Counsel and file this Amendment to their Chapter 7 Schedules and show the Court as follows:

1.

    Debtors amend Statement of Financial Affairs, 10. (a) Other transfers as follows:

    Debtor Husband sold his 2007 Sea Doo 1 approximately two years ago on Craig's List to an unknown third party for fair market value.

    Approximately eight years ago husband gave his 2000 Sea Doo 1 to his daughter, Christine Hagins. It is currently inoperable so she gave it to a mechanic, Cory Bray, in 2012 or in the beginning of 2013 to repair it.

2.

    Debtors amend Schedules B and C as shown attached.

3.

    Debtors would amend Schedule F to show the amount of the debt owed to Busch and Reed P.C. is $10,000.00 as past due attorney fees and not to be listed as notice only.

4.

    Debtors amend Summary of Schedules as shown attached.

WHEREFORE, Debtors pray:

    1.    That this Amendment be read, filed and considered;

2. That the Court accord Debtors any other relief it deems mete and proper.

This 25th day of November, 2013.

                                              GINGOLD & GINGOLD LLC
                                              Attorneys for Debtors

                                              By:/s/ Ira D. Gingold
                                              Ga. Bar No. 295400

1718 Peachtree Street, NW
Suite 385
Atlanta, Georgia   30309
404-685-8800

In re  Frank Wesley Bray                              Case No.  **13-22770**
     Lynn Gray Bray                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash On Hand | - | $45.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Suntrust Bank Checking | J | $48.00 |
| | | BB&T Checking | H | $3,053.00 |
| | | Bank of America Checking | J | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | All Household Items<br>4 Bedroom Suites; 1 Living Room Suite; 1 Dining Room Suite | - | $850.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | All Clothing | - | $300.00 |
| 7. Furs and jewelry. | | All Jewelry | - | $350.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | inoperable elliptical machine | W | $400.00 |
| | | Bowflex | W | $50.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Frank Wesley Bray  
Lynn Gray Bray

Case No. **13-22770**  
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. |  | Midland Mutual Insurance Term Policy | H | $0.00 |
|  |  | U.S. Life Term Policy | H | $0.00 |
|  |  | Protective Life Term Policy | H | $0.00 |
|  |  | Protective Life Term Policy | W | $0.00 |
|  |  | West Coast Life Term Policy | W | $0.00 |
| 10. Annuities. Itemize and name each issuer. | X |  |  |  |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X |  |  |  |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X |  |  |  |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. |  | ADCS Cablelink, LLC | H | $1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X |  |  |  |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X |  |  |  |

In re  Frank Wesley Bray
Lynn Gray Bray

Case No.  **13-22770**
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Debtor filed suit against Worldwide Telephone & Data Solutions, LLC and LM Atlanta Airport, Inc. | H | $60,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

In re  Frank Wesley Bray  
      Lynn Gray Bray

Case No. **13-22770**  
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Chevrolet Silverado (376,000 miles) | H | $750.00 |
| | | 2004 Chevrolet Silverado (342,000 miles) | H | $500.00 |
| | | 2008 Honda (272,000 miles) | H | $1,500.00 |
| | | 2006 Honda Ridgeline (125,000 miles) | W | $750.00 |
| | | 2005 Utility Trailer 6' x 10' | H | $750.00 |
| 26. Boats, motors, and accessories. | | 2001 Chaparral 260 SSI (1300 hours) Cracked engine inoperable for 1 1/2 years. | H | $6,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

In re  Frank Wesley Bray                                                  Case No.  **13-22770**
       Lynn Gray Bray                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____4_____ continuation sheets attached   Total >   **$75,347.00**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  Frank Wesley Bray  
     Lynn Gray Bray

Case No.  **13-22770**  
(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
☐ 11 U.S.C. § 522(b)(2)  
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Residence<br>9110 Beaver Trail<br>Gainesville, GA 30506 | O.C.G.A. § 44-13-100(a)(1) | $0.00 | $749,550.00 |
| Timeshare<br>Marina Bay Resort | O.C.G.A. § 44-13-100(a)(1) | $0.00 | $500.00 |
| Timeshare<br>Lakeview Manor Club | O.C.G.A. § 44-13-100(a)(1) | $0.00 | $500.00 |
| Cash On Hand | O.C.G.A. § 44-13-100(a)(6) | $45.00 | $45.00 |
| Suntrust Bank Checking | O.C.G.A. § 44-13-100(a)(6) | $48.00 | $48.00 |
| BB&T Checking | O.C.G.A. § 44-13-100(a)(6) | $3,053.00 | $3,053.00 |
| Bank of America Checking | O.C.G.A. § 44-13-100(a)(6) | $0.00 | $0.00 |
| All Household Items<br>4 Bedroom Suites; 1 Living Room Suite; 1 Dining Room Suite | O.C.G.A. § 44-13-100(a)(4) | $850.00 | $850.00 |
| All Clothing | O.C.G.A. § 44-13-100(a)(4) | $300.00 | $300.00 |
| All Jewelry | O.C.G.A. § 44-13-100(a)(5) | $350.00 | $350.00 |
| inoperable elliptical machine | O.C.G.A. § 44-13-100(a)(6) | $400.00 | $400.00 |
| Bowflex | O.C.G.A. § 44-13-100(a)(6) | $50.00 | $50.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $5,096.00 | $755,646.00 |

In re  Frank Wesley Bray
       Lynn Gray Bray

Case No.  **13-22770**
(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| Midland Mutual Insurance Term Policy | O.C.G.A. § 44-13-100(a)(9) | $0.00 | $0.00 |
| U.S. Life Term Policy | O.C.G.A. § 44-13-100(a)(9) | $0.00 | $0.00 |
| Protective Life Term Policy | O.C.G.A. § 44-13-100(a)(9) | $0.00 | $0.00 |
| Protective Life Term Policy | O.C.G.A. § 44-13-100(a)(9) | $0.00 | $0.00 |
| West Coast Life Term Policy | O.C.G.A. § 44-13-100(a)(9) | $0.00 | $0.00 |
| ADCS Cablelink, LLC | O.C.G.A. § 44-13-100(a)(6) | $1.00 | $1.00 |
| Debtor filed suit against Worldwide Telephone & Data Solutions, LLC and LM Atlanta Airport, Inc. | O.C.G.A. § 44-13-100(a)(6) | $0.00 | $60,000.00 |
| 2006 Chevrolet Silverado (376,000 miles) | O.C.G.A. § 44-13-100(a)(3) | $750.00 | $750.00 |
| 2004 Chevrolet Silverado (342,000 miles) | O.C.G.A. § 44-13-100(a)(3) | $500.00 | $500.00 |
| 2008 Honda (272,000 miles) | O.C.G.A. § 44-13-100(a)(3) | $1,500.00 | $1,500.00 |
| 2006 Honda Ridgeline (125,000 miles) | O.C.G.A. § 44-13-100(a)(3) | $750.00 | $750.00 |
| 2005 Utility Trailer 6' x 10' | O.C.G.A. § 44-13-100(a)(6) | $750.00 | $750.00 |
| 2001 Chaparral 260 SSI (1300 hours) Cracked engine inoperable for 1 1/2 years. | O.C.G.A. § 44-13-100(a)(6) | $1,749.50 | $6,000.00 |
| | | **$11,096.50** | **$825,897.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

In re   Frank Wesley Bray
        Lynn Gray Bray

Case No.   13-22770

Chapter   7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $750,550.00 | | |
| B - Personal Property | Yes | 5 | $75,347.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | No | 2 | | $1,119,588.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 9 | | $281,095.00 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $13,023.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 3 | | | $17,041.50 |
| | TOTAL | 26 | $825,897.00 | $1,400,683.00 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

In re  Frank Wesley Bray
       Lynn Gray Bray

Case No.  13-22770

Chapter  7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $13,023.00 |
| Average Expenses (from Schedule J, Line 18) | $17,041.50 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $4,220.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $369,038.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $281,095.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $650,133.00 |

STATE OF GEORGIA
COUNTY OF FORSYTH

## VERIFICATION

WE, Frank Wesley Bray and Lynn Gray Bray, petitioners in the foregoing petition, declare, under penalty of perjury, pursuant to Bankruptcy Rule 1008, that the foregoing Amendment is true and correct.

Date: November 25, 2013          /s/ Frank Wesley Bray
                                 Debtor

                                 /s/ Lynn Gray Bray
                                 Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

IN RE:                                                                CHAPTER 7

FRANK WESLEY BRAY,                                CASE NO. 13-22770-REB
LYNN GRAY BRAY,
          Debtors.


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing AMENDMENT TO CHAPTER 7 SCHEDULES upon the following parties by depositing a copy of same in the United States mail, with adequate postage affixed thereto, addressed to:

Betty Nappier.
Chapter 7 Trustee
P.O. Box 1649
Cumming, GA 30028


Frank Wesley Bray
Lynn Gray Bray
9110 Beaver Trail
Gainesville, GA 30506


All Creditors As Shown Attached.

    This 25th day of November, 2013.

                                                      GINGOLD & GINGOLD LLC
                                                      Attorneys for Debtors

                                                      By:/s/ Ira D. Gingold
1718 Peachtree Street, NW                    Ga. Bar No. 295400
Suite 385
Atlanta, Georgia   30309
404-685-8800

```
Label Matrix for local noticing          American Express Bank FSB              GE Capital Retail Bank
113E-2                                   c/o Becket and Lee LLP                 c/o Recovery Management Systems Corporat
Case 13-22770-reb                        POB 3001                               Attn Ramesh Singh
Northern District of Georgia             Malvern, PA 19355-0701                 25 SE 2nd Avenue, Suite 1120
Gainesville                                                                     Miami, FL 33131-1605
Mon Nov 25 16:45:30 EST 2013

Office of the United States Trustee      ACS Primary Care Physicians            Advanta
362 Richard Russell Building             c/o HRRG                               c/o Carson Smithfield, LLC
75 Spring Street, SW                     P.O. Box 189053                        P.O. Box 9216
Atlanta, GA 30303-3315                   Fort Lauderdale, FL 33318-9053         Old Bethpage, NY 11804-9016


American Express                         Bank of America                        Barclays Bank of Delaware/Airtran
c/o Gatestone & Co. International        c/o Financial Recovery Services Inc    c/o Frederick J. Hanna Esq
1000 N. West Street Suite 1200           P.O. Box 385908                        2253 Northwest Parkway
Wilmington, DE 19801-1058                Minneapolis, MN 55438-5908             Marietta, GA 30067-8764


Best Buy/HSBC Cardmember Services        Busch & Reed P.C.                      Cabela's Visa
P.O. Box 5238                            701 Whitlock Avenue, K-47.             c/o J.C. Christensen & Assoc. Inc
Carol Stream, IL 60197-5238              Marietta, GA 30064-4658                P.O. Box 519
                                                                                Sauk Rapids, MN 56379-0519


Capital Anesthesiology PC                Capital One                            Capital One
P.O. Box 116175                          c/o Gerald E. Moore & Associates       c/o McCullough, Payne & Haan
Atlanta, GA 30368-6175                   P.O. Box 876                           271 17th Street, Suite 2200
                                         Smyrna, GA 30081-0876                  Atlanta, GA 30363-6213


Capital One, NA/GM Card                  Chase                                  Chase
c/o Sunrise Credit Services              c/o GC Services Limited Partnership    c/o MRS
P.O. Box 9100                            6330 Gulfton                           1930 Olney Avenue
Farmingdale, NY 11735-9100               Houston, TX 77081-1108                 Cherry Hill, NJ 08003-2016


Chase/GM Card                            Christine Hagins                       Citibank Home Depot Mastercard
c/o Nationwide Credit Inc                141 Redhawk Drive                      c/o ARS National Services
1150 university Drive                    Dawsonville, GA 30534-3566             P.O. Box 463023
1st Floor                                                                       Escondido, CA 92046-3023
Tempe, AZ 85281-8674

Citibank, N.A.                           GE Capital Retail Bank/JC Penney       GE Capital Retail Bank/Lowes
P.O. Box 769004                          c/o Leading Edge Recovery Solutions    c/o Professional Bureau of Collections
San Antonio, TX 78245-9004               5440 N. Cumberland Avenue              of Maryland
                                         Suite 300                              P.O. Box 4157
                                         Chicago, IL 60656-1486                 Englewood, CO 80155-4157


GE Capital Retail Bank/Sams Club         Gainesville Radiology                  Gainesville Surgery Center
c/o Professional Bureau of Collections   c/o Collection Services Athens         c/o Transworld Systems Regional Office
of Maryland                              110 Newton Bridge Road Blvd Bldg A     280 Interstate North Circle
P.O. Box 4157                            Athens, GA 30607-1163                  Suite 510
Englewood, CO 80155-4157                                                        Atlanta, GA 30339-2452


Gainesville Urology                      Glenn Bray                             Home Depot
c/o Fox Collection Center                955 Knoll Crest Court                  c/o ARS National Services
454 Moss Trail                           Alpharetta, GA 30004-6344              P.O. Box 463023
Goodlettsville, TN 37072-2029                                                   Escondido, CA 92046-3023
```

```
Home Depot                          Home Depot                          Home Depot
c/o McCarthy Burgess & Wolff        c/o Stoneleigh Recovery Assoc.      c/o United Recovery Systems
The MB&W Building                   P.O. Box 1479                       P.O. Box 722910
26000 Cannon Road                   Lombard, IL 60148-8479              Houston, TX 77272-2910
Bedford, OH 44146-1807


Ira Bray                            Irene B. Vander Els.                LM Atlanta Airport, Inc.
70 Wilkes Court                     6400 Powers Ferry Road, NW          c/o Irene B. Vander Els
Newnan, GA 30263-6124               Suite 400                           6400 Powers Ferry Road NW
                                    Atlanta, GA 30339-2986              Suite 400
                                                                        Atlanta, GA 30339-2986


Lakeview Manor Club                 Lowes                               Marina Bay Resort
Meridian Financial Services         c/o FMS                             Attention: Collections
P.O. Box 1410                       P.O. Box 707600                     80 Miracle Strip Pkwy
Asheville, NC 28802-1410            Tulsa, OK 74170-7600                Fort Walton Beach, FL 32548


Northside Emergency                 Northside Forsyth Hospital          Northside Radiology
6880 W Snowville Road               c/o Brent D Stamps                  c/o Frost-Arnett Company
Suite 210                           P.O. Box 2387                       P.O. Box 198988
Brecksville, OH 44141-3255          Norcross, GA 30091-2387             Nashville, TN 37219-8988


Quest Diagnostics                   Recovery Management Systems Corporation   Slidell Memorial Hospital
c/o National Asset Management LLC   25 S.E. 2nd Avenue, Suite 1120            c/o Southern Credit Services
P.O. Box 840                        Miami, FL 33131-1605                      3228 6th Street
Moon Twp. PA 15108-0840                                                       Metairie, LA 70002-1640


Suntrust Mortgage                   The Longstreet Clinic               Transworld Systems Inc
P.O. Box 79041                      c/o Stallings Financial             507 Prudential Road
Baltimore, MD 21279-0041            P.O. Box 4430                       Horsham, PA 19044-2308
                                    Marietta, GA 30061-4430


US Bank Corporation                 Viking Collection Services          Walmart Discover
c/o Professional Recovery Services Inc   7500 Office Ridge Circle       c/o Leading Edge Recovery Solutions Inc
P.O. Box 1880                       Eden Prairie, MN 55344-3783         5440 N Cumberland Avenue
Voorhees, NJ 08043-7880                                                 Suite 300
                                                                        Chicago, IL 60656-1486


Worldwide Telephone & Data Solutions   Betty A. Nappier                 Frank Wesley Bray
c/o Eric Rollins                    Law Office of B. A. Nappier         9110 Beaver Trail
200 W 2nd Street                    P. O. Box 1649                      Gainesville, GA 30506-4060
Kansas City, MO 64105               Cumming, GA 30028-1649


Ira D. Gingold                      Lynn Gray Bray
Gingold & Gingold LLC               9110 Beaver Trail
Suite 385                           Gainesville, GA 30506-4060
1718 Peachtree Street NW
Atlanta, GA 30309-2498
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)American Express Bank FSB        End of Label Matrix
c/o Becket and Lee LLP              Mailable recipients    55
POB 3001                            Bypassed recipients     1
Malvern  PA 19355-0701              Total                  56
```