**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| In re: BRAY, FRANK WESLEY | § | Case No. G13-22770-JRS |
| BRAY, LYNN GRAY | § | |
| | § | |
| | § | |
| Debtor(s) | | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Betty A. Nappier, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $767,297.00 | Assets Exempt: $20,290.50 |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $8,224.47 | Claims Discharged Without Payment: $347,098.25 |
| Total Expenses of Administration: $33,981.53 | |

3) Total gross receipts of $50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $7,794.00 (see **Exhibit 2**), yielded net receipts of $42,206.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,119,588.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $32,610.08 | $33,981.53 | $33,981.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $252,128.00 | $103,194.72 | $103,194.72 | $8,224.47 |
| **TOTAL DISBURSEMENTS** | $1,371,716.00 | $135,804.80 | $137,176.25 | $42,206.00 |

4) This case was originally filed under chapter 7 on 09/30/2013.  The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:       09/02/2016                           By: /s/ Betty A. Nappier

                                                        Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtor filed suit against Worldwide Telephone & | 1129-000 | $50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,000.00** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Frank Wesley Bray AND Lynn Gray Bray | Ord-#41,-3/28/14- allowing Debtors' maximum bankruptcy exemption entitlement for settlement of materialman lien litiigation Ord-#41,-3/28/14- allowing Debtors' maximum bankruptcy exemption entitlement for; $7,794.00 | 8100-002 | $7,794.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$7,794.00** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Citibank, N.A. | 4110-000 | $341,246.00 | NA | NA | NA |
| N/F | Lakeview Manor Club | 4110-000 | $668.00 | NA | NA | NA |
| N/F | Marina Bay Resort | 4110-000 | $553.00 | NA | NA | NA |
| N/F | Suntrust Mortgage | 4110-000 | $777,121.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,119,588.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Betty A. Nappier | 2100-000 | NA | $4,970.60 | $4,970.60 | $4,970.60 |
| Trustee, Expenses - Betty A. Nappier | 2200-000 | NA | $205.36 | $205.36 | $205.36 |
| Attorney for Trustee Fees - Betty Nappier, Attorney for Trustee | 3110-000 | NA | $4,322.50 | $4,322.50 | $4,322.50 |
| Attorney for Trustee, Expenses - Betty Nappier, Attorney for Trustee | 3120-000 | $0.00 | $0.00 | $274.67 | $274.67 |
| Banking and Technology Service Fee - Union Bank | 2600-000 | NA | $699.65 | $699.65 | $699.65 |
| Attorney for Trustee Fees (Other Firm) - Jeffrey S. Leeper, Esquire | 3210-000 | NA | $20,000.00 | $20,000.00 | $20,000.00 |
| Attorney for Trustee Expenses (Other Firm)  - Jeffrey S. Leeper, Esquire | 3220-000 | NA | $2,411.97 | $2,411.97 | $2,411.97 |
| Accountant for Trustee Fees (Other Firm) - Stonebridge Accounting & Forensics | 3410-000 | $0.00 | $0.00 | $1,057.50 | $1,057.50 |
| Accountant for Trustee Expenses (Other Firm) - Stonebridge Accounting & Forensics | 3420-000 | $0.00 | $0.00 | $39.28 | $39.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$32,610.08** | **$33,981.53** | **$33,981.53** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bureaus Investment Group Portfolio No 15 LLC | 7100-000 | $0.00 | $8,490.13 | $8,490.13 | $676.65 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $7,180.94 | $7,180.94 | $572.31 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $4,626.03 | $4,626.03 | $368.69 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $3,982.41 | $3,982.41 | $317.39 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $3,161.33 | $3,161.33 | $251.95 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $4,457.29 | $4,457.29 | $355.24 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $3,461.24 | $3,461.24 | $275.86 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $6,358.88 | $6,358.88 | $506.79 |
| 9 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $2,611.69 | $2,611.69 | $208.15 |
| 10 | CERASTES, LLC | 7100-000 | $0.00 | $4,162.74 | $4,162.74 | $331.76 |
| 11 | CAPITAL ONE, N.A. | 7100-000 | $0.00 | $7,116.43 | $7,116.43 | $567.17 |
| 12 | American Express Bank, FSB | 7100-000 | $0.00 | $7,713.06 | $7,713.06 | $614.72 |
| 13 | Marina Bay Resort Condo Association, Inc | 7100-000 | $0.00 | $1,383.00 | $1,383.00 | $110.22 |
| 14 | Capital Recovery V, LLC | 7100-000 | $0.00 | $266.31 | $266.31 | $21.22 |
| 15 | Capital Recovery V, LLC | 7100-000 | $0.00 | $3,254.22 | $3,254.22 | $259.36 |
| 16 | GE Capital Retail Bank | 7100-000 | $0.00 | $2,210.26 | $2,210.26 | $176.15 |

| 17 | GE Capital Retail Bank | 7100-000 | $0.00 | $385.04 | $385.04 | $30.69 |
|---|---|---|---|---|---|---|
| 18 | Merrick Bank | 7100-000 | $0.00 | $7,542.10 | $7,542.10 | $601.09 |
| 19 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $24,831.62 | $24,831.62 | $1,979.06 |
| N/F | ACS Primary Care Physicians c/o HRRG | 7100-000 | $64.00 | NA | NA | NA |
| N/F | Advanta c/o Carson Smithfield, LLC | 7100-000 | $9,567.00 | NA | NA | NA |
| N/F | American Express c/o Gatestone & Co. International | 7100-000 | $7,713.00 | NA | NA | NA |
| N/F | Bank of America c/o Financial Recovery Services Inc | 7100-000 | $26,311.00 | NA | NA | NA |
| N/F | Barclays Bank of Delaware/Airtran c/o Frederick J. Hanna Esq | 7100-000 | $3,903.00 | NA | NA | NA |
| N/F | Best Buy/HSBC Cardmember Services | 7100-000 | $7,851.00 | NA | NA | NA |
| N/F | Busch & Reed P.C. | 7100-000 | NA | NA | NA | NA |
| N/F | Cabela's Visa c/o J.C. Christensen & Assoc. Inc | 7100-000 | $6,455.00 | NA | NA | NA |
| N/F | Capital Anesthesiology PC | 7100-000 | $235.00 | NA | NA | NA |
| N/F | Capital One c/o Gerald E. Moore & Associates | 7100-000 | $3,161.00 | NA | NA | NA |
| N/F | Capital One c/o Gerald E. Moore & Associates | 7100-000 | $6,051.00 | NA | NA | NA |
| N/F | Capital One c/o Gerald E. Moore & Associates | 7100-000 | $4,199.00 | NA | NA | NA |
| N/F | Capital One c/o McCullough, Payne & Haan | 7100-000 | $7,180.00 | NA | NA | NA |
| N/F | Capital One c/o McCullough, Payne & Haan | 7100-000 | $2,611.00 | NA | NA | NA |

| N/F | Capital One c/o McCullough, Payne & Haan | 7100-000 | $3,982.00 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | Capital One c/o McCullough, Payne & Haan | 7100-000 | $3,461.00 | NA | NA | NA |
| N/F | Capital One c/o McCullough, Payne & Haan | 7100-000 | $4,626.00 | NA | NA | NA |
| N/F | Capital One, NA/GM Card c/o Sunrise Credit Services | 7100-000 | $7,116.00 | NA | NA | NA |
| N/F | Chase c/o GC Services Limited Partnership | 7100-000 | $27,472.00 | NA | NA | NA |
| N/F | Chase c/o MRS | 7100-000 | $1,529.00 | NA | NA | NA |
| N/F | Chase c/o MRS | 7100-000 | $13,181.00 | NA | NA | NA |
| N/F | Chase/GM Card c/o Nationwide Credit Inc | 7100-000 | NA | NA | NA | NA |
| N/F | Christine Hagins | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Citibank Home Depot Mastercard c/o ARS National Services | 7100-000 | $6,465.00 | NA | NA | NA |
| N/F | GE Capital Retail Bank/JC Penney c/o Leading Edge Recovery S | 7100-000 | $3,254.00 | NA | NA | NA |
| N/F | GE Capital Retail Bank/Lowes c/o Professional Bureau of Coll | 7100-000 | $385.00 | NA | NA | NA |
| N/F | GE Capital Retail Bank/Sams Club c/o Professional Bureau of | 7100-000 | $2,210.00 | NA | NA | NA |
| N/F | Gainesville Radiology c/o Collection Services Athens | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Gainesville Surgery Center c/o Transworld Systems Regional O | 7100-000 | $475.00 | NA | NA | NA |

| N/F | Gainesville Urology c/o Fox Collection Center | 7100-000 | $573.00 | NA | NA | NA |
| N/F | Glenn Bray | 7100-000 | $18,000.00 | NA | NA | NA |
| N/F | Home Depot c/o ARS National Services | 7100-000 | $867.00 | NA | NA | NA |
| N/F | Home Depot c/o McCarthy Burgess & Wolff | 7100-000 | $2,314.00 | NA | NA | NA |
| N/F | Home Depot c/o Stoneleigh Recovery Assoc. | 7100-000 | $8,130.00 | NA | NA | NA |
| N/F | Home Depot c/o United Recovery Systems | 7100-000 | $6,881.00 | NA | NA | NA |
| N/F | Ira Bray | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | Irene B. Vander Els. | 7100-000 | NA. | NA | NA | NA |
| N/F | LM Atlanta Airport, Inc. c/o Irene B. Vander Els | 7100-000 | NA | NA | NA | NA |
| N/F | Lowes c/o FMS | 7100-000 | $266.00 | NA | NA | NA |
| N/F | Northside Emergency | 7100-000 | $259.00 | NA | NA | NA |
| N/F | Northside Forsyth Hospital c/o Brent D Stamps | 7100-000 | $934.00 | NA | NA | NA |
| N/F | Northside Radiology c/o Frost-Arnett Company | 7100-000 | $45.00 | NA | NA | NA |
| N/F | Quest Diagnostics c/o National Asset Management LLC | 7100-000 | $599.00 | NA | NA | NA |
| N/F | Slidell Memorial Hospital c/o Southern Credit Services | 7100-000 | $2,329.00 | NA | NA | NA |
| N/F | The Longstreet Clinic c/o Stallings Financial | 7100-000 | $407.00 | NA | NA | NA |
| N/F | US Bank Corporation c/o Professional Recovery Services Inc | 7100-000 | $24,831.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Walmart Discover c/o Leading Edge Recovery Solutions Inc | 7100-000 | $5,736.00 | NA | NA | NA |
| N/F | Worldwide Telephone & Data Solutions c/o Eric Rollins | 7100-000 | NA | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$252,128.00** | **$103,194.72** | **$103,194.72** | **$8,224.47** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  G13-22770-JRS

**Case Name:**  BRAY, FRANK WESLEY
BRAY, LYNN GRAY

**For Period Ending:**  09/02/2016

**Trustee Name:**  (300570) Betty A. Nappier

**Date Filed (f) or Converted (c):**  09/30/2013 (f)

**§ 341(a) Meeting Date:**  11/13/2013

**Claims Bar Date:**  03/19/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence 9110 Beaver Trail Gainesville, GA 3050 | 749,550.00 | 0.00 | OA | 0.00 | FA |
| 2 | Timeshare Marina Bay Resort | 500.00 | 0.00 | OA | 0.00 | FA |
| 3 | Timeshare Lakeview Manor Club | 500.00 | 0.00 | OA | 0.00 | FA |
| 4 | Cash On Hand | 45.00 | 0.00 | | 0.00 | FA |
| 5* | Suntrust Bank Checking (See Footnote) | 48.00 | 0.00 | | 0.00 | FA |
| 6* | BB&T Checking (See Footnote) | 3,053.00 | 0.00 | | 0.00 | FA |
| 7* | Bank of America Checking (See Footnote) | 0.00 | Unknown | | 0.00 | FA |
| 8 | All Household Items 4 Bedroom Suites; 1 Living R | 850.00 | 0.00 | | 0.00 | FA |
| 9 | All Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 10 | All Jewelry | 350.00 | 0.00 | | 0.00 | FA |
| 11 | Midland Mutual Insurance Term Policy | 0.00 | Unknown | | 0.00 | FA |
| 12 | U.S. Life Term Policy | 0.00 | Unknown | | 0.00 | FA |
| 13 | Protective Life Term Policy | 0.00 | Unknown | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page:  2

| | |
|---|---|
| Case No.: G13-22770-JRS | |
| Case Name: BRAY, FRANK WESLEY | Trustee Name: (300570) Betty A. Nappier |
| BRAY, LYNN GRAY | Date Filed (f) or Converted (c): 09/30/2013 (f) |
| | § 341(a) Meeting Date: 11/13/2013 |
| For Period Ending: 09/02/2016 | Claims Bar Date: 03/19/2014 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | Protective Life Term Policy | 0.00 | Unknown | | 0.00 | FA |
| 15 | West Coast Life Term Policy | 0.00 | Unknown | | 0.00 | FA |
| 16* | ADCS Cablelink, LLC (See Footnote) | 1.00 | 0.00 | | 0.00 | FA |
| 17* | Debtor filed suit against Worldwide Telephone & (See Footnote) | 60,000.00 | 0.00 | | 50,000.00 | FA |
| 18 | 2006 Chevrolet Silverado (376,000 miles) | 750.00 | 0.00 | OA | 0.00 | FA |
| 19 | 2004 Chevrolet Silverado (342,000 miles) | 500.00 | 0.00 | OA | 0.00 | FA |
| 20 | 2008 Honda (272,000 miles) | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 21 | 2006 Honda Ridgeline (125,000 miles) | 750.00 | 0.00 | OA | 0.00 | FA |
| 22* | Inoperable elliptical machine (u) (See Footnote) | 400.00 | 0.00 | OA | 0.00 | FA |
| 23* | Bowflex (u) (See Footnote) | 50.00 | 0.00 | OA | 0.00 | FA |
| 24* | 2005 Utility Trailer 6' x 10' (u) (See Footnote) | 750.00 | 0.00 | OA | 0.00 | FA |
| 25* | 2001 Chaparral 280 SSI, inoerable for 1 1/2 year (u) (See Footnote) | 6,000.00 | 1,450.50 | OA | 0.00 | FA |
| 26* | Bank of America business account (u) (See Footnote) | 0.00 | Unknown | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

**Case No.:**  G13-22770-JRS

**Case Name:**  BRAY, FRANK WESLEY
BRAY, LYNN GRAY

**For Period Ending:**  09/02/2016

**Trustee Name:**  (300570) Betty A. Nappier

**Date Filed (f) or Converted (c):**  09/30/2013 (f)

**§ 341(a) Meeting Date:**  11/13/2013

**Claims Bar Date:**  03/19/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27* | 1 Howard Miller Grandfather Clock (u) (See Footnote) | 1,000.00 | 0.00 | | 0.00 | FA |
| 28* | 50 year old Christmas china set (u) (See Footnote) | 200.00 | 0.00 | | 0.00 | FA |
| 29* | North Star log splitter (u) (See Footnote) | 200.00 | 0.00 | | 0.00 | FA |
| **29** | **Assets**          **Totals**      (Excluding unknown values) | **$827,297.00** | **$1,450.50** | | **$50,000.00** | **$0.00** |

RE PROP# 5      Amended #24 to $44 Value

RE PROP# 6      Amended #24 to $2,177.00 Value

RE PROP# 7      Amended #24 to $1.00 Value

RE PROP# 16     Amended #24 to $20 Value

RE PROP# 17     Amended #24 to $50,000.00 Value and $7,794.00 exemption

RE PROP# 22     Amended Schedules doc. no. 14

RE PROP# 23     Amended Schedules doc. no. 14

RE PROP# 24     Amended Schedules doc. no. 14

RE PROP# 25     Amended Schedules doc. no. 14, costs of sale results in inconsequential value due to condition of personalty and saturated market for operable comparable personalty

RE PROP# 26     Amended #24 to add account, $0.00 balance

RE PROP# 27     Amended #24 adding asset

RE PROP# 28     Amended #24 added asset

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8

Page:   4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**   G13-22770-JRS

**Case Name:**   BRAY, FRANK WESLEY
BRAY, LYNN GRAY

**For Period Ending:**   09/02/2016

**Trustee Name:**   (300570) Betty A. Nappier

**Date Filed (f) or Converted (c):**   09/30/2013 (f)

**§ 341(a) Meeting Date:**   11/13/2013

**Claims Bar Date:**   03/19/2014

RE PROP# 29      Amended #24 added asset

---

**Major Activities Affecting Case Closing:**

Notice of Hearing on trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) Filed by Betty A. Nappier on behalf of Betty A. Nappier. Hearing to be held on 12/17/2015 at 01:30 PM

11/5/15- TFR submitted

2/18/14- Motion to Approve Compromise and Settle Estates Claim, Debtor/Husband's suit against Worldwide Telephone & Data Solutions, LLC and LM Atlanta Airport , Inc. with an initial scheduled value of $60,000 with a subsequent amended scheduled value of $50,000, jointly held, for $50,000.

**Initial Projected Date Of Final Report (TFR):**      11/05/2015

**Current Projected Date Of Final Report (TFR):**      11/05/2015 (Actual)

|  |  |
|---|---|
| 09/02/2016 | /s/Betty A. Nappier |
| Date | Betty A. Nappier |

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page:  1

| | | |
|---|---|---|
| **Case No.:** | G13-22770-JRS | |
| **Case Name:** | BRAY, FRANK WESLEY | |
| | BRAY, LYNN GRAY | |
| **Taxpayer ID #:** | **-***9662 | |
| **For Period Ending:** | 09/02/2016 | |

| | |
|---|---|
| **Trustee Name:** | Betty A. Nappier (300570) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******9062 Money Market Account |
| **Blanket Bond (per case limit):** | $42,250,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/17/2014 | {17} | HARTMAN SIMONS & WOOD LLP | settlment proceeds settlement proceeds with a check date of 1/16/14 and a postal date of 1/17/14. | 1129-000 | 50,000.00 | | 50,000.00 |
| 02/25/2014 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 26.37 | 49,973.63 |
| 03/25/2014 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 67.12 | 49,906.51 |
| 04/14/2014 | 301 | Jeffrey S. Leeper, Esquire | Ord-#42,-3/28/14- allowing spec counsel comp Ord-#42,-3/28/14- allowing spec counsel comp | 3210-000 | | 20,000.00 | 29,906.51 |
| 04/14/2014 | 302 | Jeffrey S. Leeper, Esquire | Ord-#42,-3/28/14- allowing spec counsel reimbursement of exp Ord-#42,-3/28/14- allowing spec counsel reimbursement of exp | 3220-000 | | 2,411.97 | 27,494.54 |
| 04/14/2014 | 303 | Frank Wesley Bray AND Lynn Gray Bray | Ord-#41,-3/28/14- allowing Debtors' maximum bankruptcy exemption entitlement for settlement of materialman lien litiigation Ord-#41,-3/28/14- allowing Debtors' maximum bankruptcy exemption entitlement for | 8100-002 | | 7,794.00 | 19,700.54 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

## Form 2

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | G13-22770-JRS | |
| **Case Name:** | BRAY, FRANK WESLEY | |
| | BRAY, LYNN GRAY | |
| **Taxpayer ID #:** | **-***9662 | |
| **For Period Ending:** | 09/02/2016 | |

| | |
|---|---|
| **Trustee Name:** | Betty A. Nappier (300570) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******9062 Money Market Account |
| **Blanket Bond (per case limit):** | $42,250,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/25/2014 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 74.25 | 19,626.29 |
| 05/27/2014 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 50.79 | 19,575.50 |
| 06/25/2014 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 29.16 | 19,546.34 |
| 07/25/2014 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 28.15 | 19,518.19 |
| 08/25/2014 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 29.04 | 19,489.15 |
| 09/25/2014 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 29.00 | 19,460.15 |
| 10/27/2014 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 28.02 | 19,432.13 |
| 11/25/2014 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 28.92 | 19,403.21 |
| 12/26/2014 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 27.94 | 19,375.27 |
| 01/26/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 28.83 | 19,346.44 |
| 02/25/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 28.79 | 19,317.65 |
| 03/25/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 25.97 | 19,291.68 |
| 04/27/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 28.70 | 19,262.98 |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page:  3

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | G13-22770-JRS | |
| **Case Name:** | BRAY, FRANK WESLEY | |
| | BRAY, LYNN GRAY | |
| **Taxpayer ID #:** | **-***9662 | |
| **For Period Ending:** | 09/02/2016 | |

| | |
|---|---|
| **Trustee Name:** | Betty A. Nappier (300570) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******9062 Money Market Account |
| **Blanket Bond (per case limit):** | $42,250,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/26/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 27.74 | 19,235.24 |
| 06/25/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 28.62 | 19,206.62 |
| 07/27/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 27.66 | 19,178.96 |
| 08/25/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 28.54 | 19,150.42 |
| 09/25/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 28.50 | 19,121.92 |
| 10/26/2015 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 27.54 | 19,094.38 |
| 12/07/2015 | | Union Bank | Transfer to Rabobank, N.A. | 9999-000 | | 19,094.38 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **50,000.00** | **50,000.00** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 19,094.38 | |
| **Subtotal** | **50,000.00** | **30,905.62** | |
| Less: Payments to Debtors | | 7,794.00 | |
| **NET Receipts / Disbursements** | **$50,000.00** | **$23,111.62** | |

*{ } Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**                                              *! - transaction has not been cleared*

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | G13-22770-JRS |
| **Case Name:** | BRAY, FRANK WESLEY<br>BRAY, LYNN GRAY |
| **Taxpayer ID #:** | **-***9662 |
| **For Period Ending:** | 09/02/2016 |

| | |
|---|---|
| **Trustee Name:** | Betty A. Nappier (300570) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9866 Checking Account |
| **Blanket Bond (per case limit):** | $42,250,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/07/2015 | | Rabobank, N.A. | Transfer from Union Bank | 9999-000 | 19,094.38 | | 19,094.38 |
| 12/31/2015 | 101 | Betty A. Nappier | Dividend paid 100.00% on $4,970.60 \| Claim # FEE \| Filed: $4,970.60 | 2100-000 | | 4,970.60 | 14,123.78 |
| 12/31/2015 | 102 | Betty A. Nappier | Dividend paid 100.00% on $205.36 \| Claim # TE \| Filed: $205.36 | 2200-000 | | 205.36 | 13,918.42 |
| 12/31/2015 | 103 | Betty Nappier, Attorney for Trustee | Dividend paid 100.00% on $4,322.50 \| Filed: $4,322.50 | 3110-000 | | 4,322.50 | 9,595.92 |
| 12/31/2015 | 104 | Betty Nappier, Attorney for Trustee | Dividend paid 100.00% on $274.67 \| Claim # AE \| Filed: $0.00 | 3120-000 | | 274.67 | 9,321.25 |
| 12/31/2015 | 105 | Stonebridge Accounting & Forensics | Dividend paid 100.00% on $1,057.50 \| Filed: $0.00 | 3410-000 | | 1,057.50 | 8,263.75 |
| 12/31/2015 | 106 | Stonebridge Accounting & Forensics | Dividend paid 100.00% on $39.28 \| Filed: $0.00 | 3420-000 | | 39.28 | 8,224.47 |
| 12/31/2015 | 107 | Bureaus Investment Group Portfolio No 15 LLC | Dividend paid 7.97% on $8,490.13 \| Claim # 1 \| Filed: $8,490.13 | 7100-000 | | 676.65 | 7,547.82 |
| 12/31/2015 | 108 | Capital One Bank (USA), N.A. | Dividend paid 7.97% on $7,180.94 \| Claim # 2 \| Filed: $7,180.94 | 7100-000 | | 572.31 | 6,975.51 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

Exhibit 9
Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | G13-22770-JRS |
| **Case Name:** | BRAY, FRANK WESLEY |
| | BRAY, LYNN GRAY |
| **Taxpayer ID #:** | **-***9662 |
| **For Period Ending:** | 09/02/2016 |

| | |
|---|---|
| **Trustee Name:** | Betty A. Nappier (300570) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9866 Checking Account |
| **Blanket Bond (per case limit):** | $42,250,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/2015 | 109 | Capital One Bank (USA), N.A. | Dividend paid 7.97% on $4,626.03 \| Claim # 3 \| Filed: $4,626.03 | 7100-000 | | 368.69 | 6,606.82 |
| 12/31/2015 | 110 | Capital One Bank (USA), N.A. | Dividend paid 7.97% on $3,982.41 \| Claim # 4 \| Filed: $3,982.41 | 7100-000 | | 317.39 | 6,289.43 |
| 12/31/2015 | 111 | Capital One Bank (USA), N.A. | Dividend paid 7.97% on $3,161.33 \| Claim # 5 \| Filed: $3,161.33 | 7100-000 | | 251.95 | 6,037.48 |
| 12/31/2015 | 112 | Capital One Bank (USA), N.A. | Dividend paid 7.97% on $4,457.29 \| Claim # 6 \| Filed: $4,457.29 | 7100-000 | | 355.24 | 5,682.24 |
| 12/31/2015 | 113 | Capital One Bank (USA), N.A. | Dividend paid 7.97% on $3,461.24 \| Claim # 7 \| Filed: $3,461.24 | 7100-000 | | 275.86 | 5,406.38 |
| 12/31/2015 | 114 | Capital One Bank (USA), N.A. | Dividend paid 7.97% on $6,358.88 \| Claim # 8 \| Filed: $6,358.88 | 7100-000 | | 506.79 | 4,899.59 |
| 12/31/2015 | 115 | Capital One Bank (USA), N.A. | Dividend paid 7.97% on $2,611.69 \| Claim # 9 \| Filed: $2,611.69 | 7100-000 | | 208.15 | 4,691.44 |
| 12/31/2015 | 116 | CERASTES, LLC | Dividend paid 7.97% on $4,162.74 \| Claim # 10 \| Filed: $4,162.74 | 7100-000 | | 331.76 | 4,359.68 |

Exhibit 9
Page:  6

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | G13-22770-JRS | |
| **Case Name:** | BRAY, FRANK WESLEY | |
| | BRAY, LYNN GRAY | |
| **Taxpayer ID #:** | **-***9662 | |
| **For Period Ending:** | 09/02/2016 | |

| | |
|---|---|
| **Trustee Name:** | Betty A. Nappier (300570) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9866 Checking Account |
| **Blanket Bond (per case limit):** | $42,250,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/2015 | 117 | CAPITAL ONE, N.A. | Dividend paid 7.97% on $7,116.43 \| Claim # 11 \| Filed: $7,116.43 | 7100-000 | | 567.17 | 3,792.51 |
| 12/31/2015 | 118 | American Express Bank, FSB | Dividend paid 7.97% on $7,713.06 \| Claim # 12 \| Filed: $7,713.06 | 7100-000 | | 614.72 | 3,177.79 |
| 12/31/2015 | 119 | Marina Bay Resort Condo Association, Inc | Dividend paid 7.97% on $1,383.00 \| Claim # 13 \| Filed: $1,383.00 | 7100-000 | | 110.22 | 3,067.57 |
| 12/31/2015 | 120 | Capital Recovery V, LLC | Dividend paid 7.97% on $266.31 \| Claim # 14 \| Filed: $266.31 | 7100-000 | | 21.22 | 3,046.35 |
| 12/31/2015 | 121 | Capital Recovery V, LLC | Dividend paid 7.97% on $3,254.22 \| Claim # 15 \| Filed: $3,254.22 | 7100-000 | | 259.36 | 2,786.99 |
| 12/31/2015 | 122 | GE Capital Retail Bank | Dividend paid 7.97% on $2,210.26 \| Claim # 16 \| Filed: $2,210.26 | 7100-000 | | 176.15 | 2,610.84 |
| 12/31/2015 | 123 | GE Capital Retail Bank | Dividend paid 7.97% on $385.04 \| Claim # 17 \| Filed: $385.04 | 7100-000 | | 30.69 | 2,580.15 |
| 12/31/2015 | 124 | Merrick Bank | Dividend paid 7.97% on $7,542.10 \| Claim # 18 \| Filed: $7,542.10 | 7100-000 | | 601.09 | 1,979.06 |

Exhibit 9
Page: 7

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | G13-22770-JRS | |
| **Case Name:** | BRAY, FRANK WESLEY | |
| | BRAY, LYNN GRAY | |
| **Taxpayer ID #:** | **-***9662 | |
| **For Period Ending:** | 09/02/2016 | |

| | |
|---|---|
| **Trustee Name:** | Betty A. Nappier (300570) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9866 Checking Account |
| **Blanket Bond (per case limit):** | $42,250,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/2015 | 125 | Portfolio Recovery Associates, LLC | Dividend paid 7.97% on $24,831.62 \| Claim # 19 \| Filed: $24,831.62 | 7100-000 | | 1,979.06 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **19,094.38** | **19,094.38** | **$0.00** |
| Less: Bank Transfers/CDs | 19,094.38 | 0.00 | |
| **Subtotal** | **0.00** | **19,094.38** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$19,094.38** | |

{} Asset Reference(s)        **UST Form 101-7-TDR ( 10 /1/2010)**        *! - transaction has not been cleared*

**Exhibit 9**
Page:  8

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | G13-22770-JRS | **Trustee Name:** | Betty A. Nappier (300570) |
| **Case Name:** | BRAY, FRANK WESLEY | **Bank Name:** | Rabobank, N.A. |
| | BRAY, LYNN GRAY | **Account #:** | ******9866 Checking Account |
| **Taxpayer ID #:** | **-***9662 | **Blanket Bond (per case limit):** | $42,250,000.00 |
| **For Period Ending:** | 09/02/2016 | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9062 Money Market Account | $50,000.00 | $23,111.62 | $0.00 |
| ******9866 Checking Account | $0.00 | $19,094.38 | $0.00 |
| | **$50,000.00** | **$42,206.00** | **$0.00** |

| | |
|---|---|
| **09/02/2016** | **/s/Betty A. Nappier** |
| **Date** | **Betty A. Nappier** |

**UST Form 101-7-TDR (10 /1/2010)**